# REPORTS OF CASES

DETERMINED IN

# THE SUPREME COURT,

## OCTOBER SESSION, 1881.

---

[No. 10,696.—Morrison, C. J.]

## Ex parte STEPHEN CARSON.

SUNDAY LAW—CONSTITUTIONAL LAW.

APPLICATION for discharge upon a writ of *habeas corpus*.

The defendant was held by the Sheriff of San Bernardino County, under a judgment of conviction, by a Justice of the Peace, for keeping a saloon open on Sunday.

*Henry M. Willis* and *J. D. Boyer*, for Petitioner.

*C. W. C. Rowell*, District Attorney, *contra*.

MORRISON, C. J.:

Upon the authority of *Ex parte Burke, ante*, 6, writ dismissed and petitioner remanded.